

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsel**
Amanda R. Harrington
Todd M. Long
Meghan E. Ryan

**First Assistant Senior Corporation Counsel**
John C. Black Jr.
Catherine E. Carnrike
Danielle B. Pires
Danielle R. Smith

**Assistant Corporation Counsel**
Darienn P. Balin
Robert P. Carpenter
John J. Connor
Heather Davis
Valerie T. Didamo
Meira N. Hertzberg
Solomon Landsberg
Trevor McDaniel
Conor Rourke
Connor Simonetta
Akira Tomlinson
Zachary A. Waksman

**Department of Law Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Housing 315 448-8409
Fax       315 448-8381
Email    law@syr.gov

www.syr.gov

November 14, 2025

***VIA CM/ECF***
Hon. Judge Mitchell J. Katz
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse NY 13261-7346

Re:    ***Nance v. The City of Syracuse, et al***
       **Federal Civil Action No. 5:24-cv-00710 (ECC/MJK)**

Dear Judge Katz,

My office represents the Defendants in the above matter. In accordance with Your Honor's Text order of October 8, 2025, please accept this letter as the Parties' joint status update. As a reminder, Defense Counsel was having difficulties serving two sets of individuals identified on Plaintiff's disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure ("Rule 26 Disclosure"), namely, Plaintiff's friends and Plaintiff's family.

The Parties have had productive discussions regarding depositions. Plaintiff's Counsel has spoken with Plaintiff's family, and they have agreed to voluntarily appear for depositions without a subpoena. Defense Counsel appreciates Plaintiff's efforts, and the Parties will coordinate to schedule those depositions.

The Parties have also discussed Plaintiff's friends. Before Defense Counsel attempts to serve those individuals, Plaintiff is going to consider whether to remove them from his Rule 26 Disclosures. Should Plaintiff choose not to remove those individuals, Defense Counsel will make every effort to locate and personally serve them.

Given the Parties schedules, particularly Defense Counsel's federal trial commencing December 8, as will as the Holidays, the Parties anticipate conducting depositions in January.

We thank Your Honor for the Court's time and attention in this matter. Please contact my office with any questions or concerns.

Respectfully submitted,

*/S/Danielle R. Smith*
Danielle R. Smith, Esq. (517775)
First Assistant Senior Corporation Counsel

cc:       All counsel of record via CM/ECF

*Service of papers or process by facsimile or other electronic method is not acceptable.*